**Joseph W. DI SILVESTRO (Veteran), Plaintiff-Appellant, v. UNITED STATES VETERANS ADMINISTRATION, Defendant-Appellee.**

No. 213, Docket 21633.

United States Court of Appeals
Second Circuit.

Argued April 4, 1950.

Decided April 14, 1950.

Writ of Certiorari Denied June 5, 1950.
See 70 S.Ct. 1014.

Joseph W. DiSilvestro, pro se.

J. Vincent Keogh, United States Attorney, Brooklyn, N. Y., Nathan Borock, Assistant United States Attorney, Brooklyn, N. Y., and Eugene T. Maher, Attorney, Department of Justice, Washington, D. C., of counsel, for United States Veterans Administration, defendant-appellee.

Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Byers, J., 10 F.R.D. 20.

**Alice M. TOWNSEND, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11047.

United States Court of Appeals
Sixth Circuit.

April 17, 1950.

Robert A. Littleton, Washington, D. C., for petitioner.

Theron L. Caudle, Charles Oliphant, W. Herman Schwatka, Ellis N. Slack, Helen Goodner, and Maryhelen Wigle, Washington, D. C., for respondent.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause has been heard and considered upon petition by Alice M. Townsend, for review of the decision of the Tax Court of the United States determining a deficiency in her income tax for 1943, 12 T. C. 692, upon the whole record, and upon the briefs and oral arguments of advocates for the respective parties;

And inasmuch as the clear and concise opinion of the Tax Court is soundly reasoned to a correct conclusion, the decision of the Tax Court is hereby affirmed.

**Hoyt B. WOOTEN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11068.

United States Court of Appeals
Sixth Circuit.

April 13, 1950.

W. G. Boone, John R. Stivers, Memphis, Tenn., for petitioner.

Theron L. Caudle, Charles Oliphant, Bernard D. Daniels, Ellis N. Slack, Robert N. Anderson, and George D. Webster, Washington, D. C., for respondent.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel.

And it appearing that the findings of fact of the Tax Court of the United States are supported by the record:

It is ordered that the decision of the Tax Court be, and it hereby is, affirmed, for the reasons stated in its opinion. 12 T.C. 659.